# Exhibit B

To: **Core-Mark Vendors and Carriers** 

CC: Purchasing Team & Warehouse Management Team

From: Core-Mark Management Team

Date: 7/9/18

Re: Missed Appointment Fees Effective 8/1/18

---

There has been a recent increase in excessively late and missed appointments inbound to our distribution centers.

When trying to run an operation of this size, Core-Mark is heavily reliant on the inbound freight to arrive on the scheduled due date. This is the date and time the freight carrier establishes when our receiving department is contacted.

When the deliveries do not arrive on the scheduled due date, Core-Mark incurs unnecessary and unplanned labor costs as well as disruption in operations to include out of stocks to our respective valued customer. As a result, we would like to reiterate our missed and late appointment fees.

- Missed Appointment- Deliveries not made on the scheduled day of appointment / $350. Will also need to be re-scheduled for next available appointment.

- Late Delivery- Deliveries that show up an hour or more after scheduled appointment time. $350 after the first hour, with an additional $50 for every additional ½ hour. Once the delivery is over two hours late it will be considered a missed appointment.

- Late Appointment- Delivery that is made after PO due date / $500

The missed and late appointment fees will be applied via CDU to the vendor.

Should a delivery appointment need to be re-scheduled (more than 24 hours in advance), below is the contact details for our facility:

***Appointments can only be scheduled via email with the contact details below:**

Core-Mark-048
123 Montano Rd. NW, Ste. A
Albuquerque, NM 87107
No phone/ Email only
ABQReceiving@core-mark.com

**Rules:**

1. Delivery appointments (or rescheduled appointments with no penalty) must be made with 48 hours notice.

2. A delivery is considered "Late" if it is made after the published manufacturer lead time <u>and</u> the purchase order (P.O.) due date.

3. An appointment is considered "missed" if the delivery arrives more than one (1) hour past scheduled time.

4. No pallet charges will be accepted. We will accept CHEP and IGPS pallets.

5. "Free Goods" are defined as the "Get" component of any "Buy x, Get y" offers or any "Free Shelf Fill" offers made to retail or any other type of offer that provides goods to retail at no costs.

6. "Promotional" items are defined as any item that is being promoted in a corporate promotional vehicle (i.e. Promo Power, Seasonal) or any "In and Out" items that are being brought in to specifically support a local division's promotional vehicle. Excluded, for the purposes of these operational rules, are regularly stocked items being featured in local-only promotional vehicles.

7. Supplier's carrier must comply with Core-Mark's safety and security policies and the driver must remain with their vehicle or in a designated area at all times.

8. Product must arrive with an acceptable amount of shelf life or the product will be refused at the time of delivery.

9. All loads delivered to Core-Mark must be sorted and segregated. If the driver chooses not to break down the load, on site lumpers must be hired at the supplier's expense.

**Penalties / Fees:**

1. Missed Appointment: $350 + $50 every additional 30 minutes after 1st hour
2. Late Delivery: $500
3. Late Promotion Order: ..5% of full P.O. valuation of applicable product
4. Free Goods Processing Fee:
   - Non-Tobacco ......15% of full P.O. valuation of applicable product
   - Tobacco ..8% of full P.O. valuation of applicable product
   - Cigarettes ...... Special Handling Fee (TBD)

