# Exhibit C



To: Core-Mark Vendors and Carriers

CC: Purchasing Team & Warehouse Management Team

From: Steve Bowman, Operations Manager, Albuquerque Division

Date: 7/9/18

Re: Sort and Segregation Fees Effective 8/13/18

---

Beginning 8/13/18 Core-Mark Albuquerque will be transitioning to an employee only loading dock facility, non-employees will not allowed on the dock at any time. In conjunction with this change, our lumping billing policy will also be changing. Beginning 8/13/18 all lumping charges will be processed via CDU deductions directly to the supplier. Comchecks and other forms of payment will no longer be accepted at time of delivery.

In an effort to improve efficiency and reduce dock time at time of delivery, Core-Mark has trained, hired and implemented an internal service of sort/segregation personnel to assist in-bound carriers. We appreciate in advance your acceptance of this process and look forward to continuing our partnership into the future. Below you will find a detailed list of our lumping fees. These fees will be evaluated on an annual basis and adjusted as necessary.

### Unloading Fees:
This memo should help to understand our unloading/lumping fees that are used in our warehouse operation.
Roll-Off type loads, for example would be $150.00 to unload, unless, the pallets are turned side-ways, which would then constitute a surcharge of $50.00. Some floor stacked loads, shifted loads and unorganized loads will have to be determined at the time of delivery.

Core-Mark Albuquerque  $75   1-6 Pallets no breakdown
                       $150   7 or more pallets
                              Roll-off loads – no break-down
                       $50    Additional charge for pallets that are
                              <u>Not</u> straight loaded – (side-way pallets). *Some companies utilize this method to maximize cube*

| Breakdown | | Breakdown | | Breakdown | | Breakdown | |
|---|---|---|---|---|---|---|---|
| Cases | Fee | Cases | Fee | Cases | Fee | Cases | Fee |
| 100 | $20.00 | 1100 | $220.00 | 2100 | $420.00 | 3100 | $620.00 |
| 200 | $40.00 | 1200 | $240.00 | 2200 | $440.00 | 3200 | $640.00 |
| 300 | $60.00 | 1300 | $260.00 | 2300 | $460.00 | 3300 | $660.00 |
| 400 | $80.00 | 1400 | $280.00 | 2400 | $480.00 | 3400 | $680.00 |
| 500 | $100.00 | 1500 | $300.00 | 2500 | $500.00 | 3500 | $700.00 |
| 600 | $120.00 | 1600 | $320.00 | 2600 | $520.00 | 3600 | $720.00 |
| 700 | $140.00 | 1700 | $340.00 | 2700 | $540.00 | 3700 | $740.00 |
| 800 | $160.00 | 1800 | $360.00 | 2800 | $560.00 | 3800 | $760.00 |
| 900 | $180.00 | 1900 | $380.00 | 2900 | $580.00 | 3900 | $780.00 |
| 1000 | $200.00 | 2000 | $400.00 | 3000 | $600.00 | 4000 | $800.00 |

Charge is $0.20 per case

All prices are subjected to change depending on the integrity of the load and handling involved.
<u>Appointments can be scheduled with the contact details below:</u>

Core-Mark-048
123 Montano Rd. NW, Ste. A
Albuquerque, NM 87107
No phone/ Email only
ABQReceiving@core-mark.com

*Required paperwork for all deliveries will be a complete packing list and Bill of Lading at the time of delivery.

*Pallet labeling is not required; Labels will be applied by the sort/seg crew.