# Exhibit D

## New Item Listings

Core-Mark International, Inc. will charge New Item Introduction Fees according to the following schedule. Fees are $500 per item per warehouse.

These fees are primarily intended to offset the one-time administrative and warehouse costs associated with establishing a new item in a company warehouse. Additionally, this fee places a value on a limited resource (warehouse slots) and assists in S.K.U. rationalization by placing a cost of entry to new items (i.e. products that cannot support these assessments should not warrant a permanent location in a warehouse). This fee also applies to items moving to any new Core-Mark warehouse, including established divisions moving to a new facility.

Willingness to submit this fee does not ensure new item distribution. Other factors, such as consumer demand, item duplication, other marketing support, and logistic efficiencies will also be considered. Specifically, a company division may, at its discretion, request additional funds for introductory marketing support to justify item placement.

The New Item Introduction Fee is applicable to all product categories and includes items purchased in one company warehouse and internally re-distributed to another company facility (except where noted below). The only exceptions to this policy are:

- Proprietary products
- Point of Purchase material; Racks / Fixtures; Equipment
- Predetermined "In and Out" items (i.e. shippers) will be billed a flat $100 processing fee per facility
- Replacement items that are only "pack changes" will be billed a flat $75 processing fee per facility
- Products sourced from Arctic Cascade or AMI (These internal consolidation warehouses for certain product categories will negotiate on behalf of the total company)

## Invoicing Instructions

All invoices must be sent to our Invoice Processing Center. Please note details on the following page.

