# Exhibit E

# Core-Mark International Inc
Value Inc statement of account

| Document Number | Assignment | Net due date | Amount in doc. curr. | Document Date | Text | Business Area | Reference | Document Type |
|---|---|---|---|---|---|---|---|---|
| 1700011964 | 48-LP2020040032 | 6/26/2020 | 75.00 | 6/26/2020 | LUMPING FEE 048-2279080 | 1048 | 48-LP2020040032 | KG |
| 1700012243 | 48-LP2020040109 | 6/26/2020 | 75.00 | 6/26/2020 | LUMPING FEE 048-2279090 | 1048 | 48-LP2020040109 | KG |
| 5100253629 | 037879280 | 7/22/2020 | 186.89 | 7/21/2020 | Destroyed salvage | 1280 | 037879280 | RE |
| 5100265724 | 034447150 | 7/30/2020 | 1,420.95 | 7/29/2020 | Return rga 81-2929265 | 1150 | 034447150 | RE |
| 5100308935 | 069765048 | 8/31/2020 | 84.00 | 8/26/2020 | Destroyed end of month 8/2020 | 1048 | 069765048 | RE |
| 5100321488 | INV/2020/0993 | 9/11/2020 | -573.12 | 8/21/2020 | | 1081 | INV/2020/0993 | RE |
| 1700051919 | MKTCMI2Q20HB16 | 9/30/2020 | 10,260.00 | 9/30/2020 | Valued (Floyd's of Leadville) | 1000 | MKTCMI2Q20HB16 | KG |
| 5100359052 | INV/2020/1080 | 10/17/2020 | -2,937.54 | 10/2/2020 | | 1075 | INV/2020/1080 | RE |
| 5100393448 | INV/2020/1137 | 11/12/2020 | -864.00 | 10/27/2020 | | 1075 | INV/2020/1137 | RE |
| 5100410970 | 035223150 | 11/16/2020 | 4,826.38 | 11/12/2020 | Return 35223 | 1150 | 035223150 | RE |
| 5100421687 | INV/2020/1199 | 11/29/2020 | -864.00 | 11/13/2020 | | 1075 | INV/2020/1199 | RE |
| 1700068769 | MKTCMI3Q20HB16 | 12/21/2020 | 85.97 | 12/21/2020 | Valued (Floyd's of Leadville) | 1000 | MKTCMI3Q20HB16 | KG |
| 5100460940 | 035706150 | 12/29/2020 | 3,820.03 | 12/28/2020 | Return rga# 29138 | 1150 | 035706150 | RE |
| 5100462161 | INV/2020/1244 | 1/1/2021 | -1,728.00 | 12/14/2020 | | 1075 | INV/2020/1244 | RE |
| 5100462257 | INV/2020/1244SHT | 12/14/2020 | 864.00 | 12/14/2020 | SHT PO 0752401580 | 1075 | INV/2020/1244SHT | RE |
| 5100005890 | 039878175 | 1/7/2021 | 33,482.40 | 1/7/2021 | Return special return | 1175 | 039878175 | RE |
| 5100009010 | 040557081 | 1/11/2021 | 1,894.30 | 1/7/2021 | Return 01072021 UPS FREIGHT | 1081 | 040557081 | RE |
| 5100010783 | 047491281 | 1/12/2021 | 4,586.40 | 1/11/2021 | Return Floyds/GPM return to vendor | 1281 | 047491281 | RE |
| 5100013917 | 042113077 | 1/14/2021 | 33,592.39 | 1/13/2021 | Return Per purchasing-sales agreement. See email | 1077 | 042113077 | RE |
| 5100022210 | 035943150 | 1/21/2021 | 174.00 | 1/20/2021 | Return rga# 35943 | 1150 | 035943150 | RE |
| 5100045902 | INV/2021/0060 | 2/20/2021 | -1,728.00 | 2/4/2021 | | 1075 | INV/2021/0060 | RE |
| 1700002224 | P190810274 | 2/15/2021 | 500.00 | 2/15/2021 | Late Truck | 1081 | P190810274 | KG |
| 5100086135 | INV/2021/0109 | 3/25/2021 | -1,728.00 | 3/10/2021 | | 1075 | INV/2021/0109 | RE |
| 1700017822 | MKTCMI4Q20HB15 | 3/30/2021 | 829.43 | 3/30/2021 | Valued (Floyd's of Leadville) | 1000 | MKTCMI4Q20HB15 | KG |
| 1700006499 | P190750815 | 4/1/2021 | 700.00 | 4/1/2021 | Introductory / New Item Allowance | 1075 | P190750815 | KG |
| 5100118535 | INV/2021/0168 | 4/18/2021 | -1,728.00 | 3/31/2021 | | 1075 | INV/2021/0168 | RE |
| 5100142891 | 047645281 | 4/29/2021 | 315.85 | 4/22/2021 | Return UNSALEABLE RETAIL RETURNS | 1281 | 047645281 | RE |
| 5100169147 | 036068150 | 5/20/2021 | 549.68 | 5/18/2021 | Return rga# 9144 | 1150 | 036068150 | RE |
| 1700036957 | MKTCMI1Q21HB10 | 7/1/2021 | 518.40 | 7/1/2021 | Valued | 1000 | MKTCMI1Q21HB10 | KG |
| 5100268385 | 036889150 | 7/29/2021 | 208.92 | 7/28/2021 | Return rga# 8207 | 1150 | 036889150 | RE |
| 1700016320 | P190770753 | 8/30/2021 | 500.00 | 8/30/2021 | Freight Billed on Invoice S/B No Charge | 1077 | P190770753 | KG |
| 5100308942 | 047964281 | 8/30/2021 | 218.08 | 8/26/2021 | Return RA #082621 /UPS Ground | 1281 | 047964281 | RE |
| 1700059967 | MKTCMI2Q21HB13 | 10/12/2021 | 259.20 | 10/12/2021 | Valued | 1000 | MKTCMI2Q21HB13 | KG |
| 5100370321 | 041604081 | 10/14/2021 | 11.94 | 10/12/2021 | Reclamation | 1081 | 041604081 | RE |
| | | | 87,889.05 | | | | | |