# Exhibit G

| Document Number | Document Type | Document Date | Special G/L ind. | Amount in local currency | Local Currency | Reference |
|---|---|---|---|---|---|---|
| 1600178378 | DA | 9/15/2021 | | 154.50 | USD | 2106904416 |
| 1600178379 | DA | 9/15/2021 | | 123.60 | USD | 2106904600 |
| 1600178380 | DA | 9/15/2021 | | 762.20 | USD | 2106904767 |
| 1600178381 | DA | 9/15/2021 | | 36.05 | USD | 2106933266 |
| 1600178382 | DA | 9/15/2021 | | 61.80 | USD | 2106933404 |
| 1600178383 | DA | 9/15/2021 | | 164.80 | USD | 2107054559 |
| 1600178384 | DA | 9/15/2021 | | 164.80 | USD | 2107078028 |
| 1600178385 | DA | 9/15/2021 | | 1,194.80 | USD | 2107078150 |
| 1600178386 | DA | 9/15/2021 | | 164.80 | USD | 2107096473 |
| 1600178387 | DA | 9/15/2021 | | 164.80 | USD | 2107096579 |
| 1600178388 | DA | 9/15/2021 | | 164.80 | USD | 2107151288 |
| 1600178389 | DA | 9/15/2021 | | 164.80 | USD | 2107173765 |
| 1600178390 | DA | 9/15/2021 | | 61.80 | USD | 2107234695 |
| 1600178391 | DA | 9/15/2021 | | 123.60 | USD | 2107234933 |
| 1600178392 | DA | 9/15/2021 | | 49.38 | USD | 2107283130 |
| 1600178393 | DA | 9/15/2021 | | 850.00 | USD | 2107143531 |
| 1600178394 | DA | 9/15/2021 | | 850.00 | USD | 2107205378 |
| 1700099947 | KG | 12/31/2020 | | 1,254.78 | USD | REC0010009196 |
| 1700100358 | KG | 1/26/2021 | | 2,665.24 | USD | REC0010009580 |
| 1700102183 | KG | 2/22/2021 | | 1,315.90 | USD | REC0010009967 |
| 1700104324 | KG | 4/14/2021 | | 11,226.63 | USD | REC0010010751 |
| 1700105213 | KG | 5/24/2021 | | 89.85 | USD | REC0010011841 |
| 1700105363 | KG | 5/24/2021 | | 5,038.03 | USD | REC0010011329 |
| 1700105955 | KG | 7/15/2021 | | 7,958.43 | USD | REC0010012362 |
| 1700106444 | KG | 8/25/2021 | | 3,743.96 | USD | REC0010012703 |
| 1700106760 | KG | 9/7/2021 | | 1,855.35 | USD | REC0010013055 |
| 1700107360 | KG | 10/8/2021 | | 2,608.21 | USD | REC0010013412 |
| 1700112295 | KG | 8/31/2021 | | 175.10 | USD | EB201021 |
| 1700112296 | KG | 8/31/2021 | | 787.95 | USD | EB201020 |
| 2107100834 | Z2 | 1/4/2021 | | 149.76 | USD | 1000013700 |
| 2107100835 | Z2 | 1/4/2021 | | 59.54 | USD | 1000013700 |
| 2107100836 | Z2 | 1/4/2021 | | 174.24 | USD | 1000013700 |
| 2107100837 | Z2 | 1/4/2021 | | 74.16 | USD | 1000013700 |
| 2107179154 | Z2 | 4/4/2021 | | 30.83 | USD | 1000013700 |
| 2107179155 | Z2 | 4/4/2021 | | 109.47 | USD | 1000015833 |
| 2107179156 | Z2 | 4/4/2021 | | 86.31 | USD | 1000015833 |
| 2107267488 | Z2 | 7/4/2021 | | 102.96 | USD | 1000015833 |
| 2107267489 | Z2 | 7/4/2021 | | 8.01 | USD | 1000015833 |
| 2107267490 | Z2 | 7/4/2021 | | 71.37 | USD | 1000015833 |
| 2107267491 | Z2 | 7/4/2021 | | 61.39 | USD | 1000015833 |
| 2107267492 | Z2 | 7/4/2021 | | 54.72 | USD | 1000015833 |
| 2107370405 | Z2 | 10/4/2021 | | 76.57 | USD | 1000015833 |
| 2107370406 | Z2 | 10/4/2021 | | 82.80 | USD | 1000015833 |
| 2107466456 | Z2 | 1/4/2022 | | 174.89 | USD | 1000015833 |
| 5106629103 | RE | 12/31/2020 | | -1,510.69 | USD | INV20201270 |
| 5106644602 | RE | 10/29/2020 | | 8,736.00 | USD | 2020-1144 |

| Document Number | Document Type | Document Date | Special G/L ind. | Amount in local currency | Local Currency | Reference |
|---|---|---|---|---|---|---|
| 5106644603 | RE | 10/29/2020 | | 1,920.00 | USD | 2020-1151 |
| 5106644604 | RE | 10/29/2020 | | 10,274.94 | USD | 2020-1150 |
| 5106644605 | RE | 10/29/2020 | | 7,722.48 | USD | 2020-1149 |
| 5106644606 | RE | 10/29/2020 | | 7,307.34 | USD | 2020-1148 |
| 5106644607 | RE | 10/29/2020 | | 13,793.28 | USD | 2020-1147 |
| 5106644608 | RE | 10/29/2020 | | 15,599.94 | USD | 2020-1146 |
| 5106644609 | RE | 10/29/2020 | | 6,541.14 | USD | 2020-1145 |
| 5106653812 | RE | 12/8/2020 | | -1,332.00 | USD | INV20201217PB |
| 5106661481 | RE | 3/2/2021 | | -1,593.96 | USD | INV20210099 |
| 5106661482 | RE | 3/15/2021 | | -4,229.37 | USD | INV20210131 |
| 5106661483 | RE | 4/5/2021 | | -2,787.12 | USD | INV20210171 |
| 5106668119 | RE | 4/30/2021 | | -1,131.08 | USD | INV20210216 |
| 5106673391 | RE | 5/17/2021 | | -1,877.61 | USD | INV20210235 |
| 5106673392 | RE | 5/17/2021 | | -2,681.28 | USD | INV20210234 |
| 5106675349 | RE | 5/18/2021 | | -2,257.92 | USD | INV20210251 |
| 5106675863 | RE | 5/10/2021 | | -3,104.64 | USD | INV20210233 |
| 5106683850 | RE | 3/3/2021 | | 17,316.12 | USD | 4501052909RPO |
| 5106684072 | RE | 3/4/2021 | | 2,337.90 | USD | 4501053305RPO |
| 5106684073 | RE | 3/4/2021 | | 1,992.96 | USD | 4501053345RPO |
| 5106686411 | RE | 4/29/2021 | | 17,496.00 | USD | 4501073729RPO |
| 5106686413 | RE | 4/29/2021 | | 45,432.00 | USD | 4501073732RPO |
| 5106686434 | RE | 4/29/2021 | | 3,744.00 | USD | 4501073747RPO |
| 5106698493 | RE | 7/27/2021 | | -1,032.29 | USD | INV20210359 |
| 5106698494 | RE | 7/27/2021 | | -2,720.09 | USD | INV20210358 |
| 5106700212 | RE | 7/8/2021 | | -4,057.20 | USD | INV20210326 |
| 5106703659 | RE | 3/3/2021 | | 17,827.80 | USD | 4501052894RPO |
| 5106703686 | RE | 3/3/2021 | | 6,643.20 | USD | 4501052553RPO |
| 5106703687 | RE | 3/3/2021 | | 6,534.42 | USD | 4501052559RPO |
| 5106703688 | RE | 3/3/2021 | | 14,800.20 | USD | 4501052622RPO |
| 5106715442 | RE | 2/2/2021 | | -2,730.67 | USD | INV20210057 |
| 5106715443 | RE | 2/23/2021 | | -1,040.05 | USD | INV20210090 |
| 5106715445 | RE | 4/14/2021 | | -392.67 | USD | INV20210186 |
| 5106715446 | RE | 4/14/2021 | | -392.67 | USD | INV20210187 |
| 5106722836 | RE | 4/29/2021 | | 6,156.00 | USD | 4501073743RPO |
| 5106722837 | RE | 4/29/2021 | | 12,060.00 | USD | 4501073735RPO |
| 5106722838 | RE | 4/29/2021 | | 2,628.00 | USD | 4501073723RPO |
| 5106723096 | RE | 6/23/2021 | | 594.04 | USD | 4501093462RPO |
| 5106727228 | RE | 6/24/2021 | | 2,659.27 | USD | 4501090344RPO |
| 5106728384 | RE | 8/26/2021 | | 406.58 | USD | 4501114377RPO |
| 5106728957 | RE | 6/24/2021 | | 3,405.17 | USD | 4501093084RPO |
| 5106729075 | RE | 5/4/2021 | | 11,448.00 | USD | 4501073719RPO |
| 5106729076 | RE | 5/6/2021 | | 10,620.00 | USD | 4501073738RPO |
| 5106729077 | RE | 5/5/2021 | | 900.00 | USD | 4501073749RPO |
| 5106729078 | RE | 6/16/2021 | | 642.31 | USD | 4501090347RPO |
| 5106729079 | RE | 6/17/2021 | | 15,846.75 | USD | 4501091024RPO |
| 5106737134 | RE | 11/11/2021 | | -3,109.58 | USD | INV2021046173 |

Eby-Brown
Value Inc Statement of account

| Document Number | Document Type | Document Date | Special G/L ind. | Amount in local currency | Local Currency | Reference |
|---|---|---|---|---|---|---|
| 5106737135 | RE | 10/25/2021 | | -1,886.77 | USD | INV2021044658 |
| 5106737136 | RE | 10/22/2021 | | -1,604.53 | USD | INV/2021/0442/54 |
| 5106748426 | RE | 12/22/2021 | | -1,968.62 | USD | INV20210490 |
| 8100611084 | Z7 | 1/4/2021 | | 973.44 | USD | 1000013709 |
| 8100611085 | Z7 | 1/4/2021 | | 387.04 | USD | 1000013709 |
| 8100611086 | Z7 | 1/4/2021 | | 1,132.56 | USD | 1000013709 |
| 8100611087 | Z7 | 1/4/2021 | | 482.04 | USD | 1000013709 |
| 8100614087 | Z7 | 4/4/2021 | | 200.41 | USD | 1000013709 |
| 8100614088 | Z7 | 4/4/2021 | | 711.64 | USD | 1000015829 |
| 8100614089 | Z7 | 4/4/2021 | | 561.04 | USD | 1000015829 |
| 8100616317 | Z7 | 7/4/2021 | | 669.24 | USD | 1000015829 |
| 8100616318 | Z7 | 7/4/2021 | | 52.09 | USD | 1000015829 |
| 8100616319 | Z7 | 7/4/2021 | | 463.93 | USD | 1000015829 |
| 8100616320 | Z7 | 7/4/2021 | | 399.12 | USD | 1000015829 |
| 8100616321 | Z7 | 7/4/2021 | | 355.68 | USD | 1000015829 |
| 8100618211 | Z7 | 10/4/2021 | | 497.77 | USD | 1000015829 |
| 8100618212 | Z7 | 10/4/2021 | | 538.20 | USD | 1000015829 |
| 8100620460 | Z7 | 1/4/2022 | | 1,136.79 | USD | 1000015829 |
| | | | | 283,799.00 | USD | |