# Exhibit H

 

January 31, 2022

Floyd Landis
Value Inc.
61 Stoneyside Drive
Larchmont, NY 10538

        RE: Payment of Core-Mark's chargebacks totaling $87,889.05
        RE: Payment of Eby-Brown's chargebacks totaling $283.799.00

Dear Floyd,

The outstanding balances now owing for vendor chargebacks and compliance violations from Core-Mark and Eby-Brown are past due. A schedule of the account and amounts due is attached.

We have contacted your accounts payable department numerous times with regards to obtaining the payment for these items which are past due. We have received neither payment nor confirmation that payment is being issued.

If full payment is not made within 10 days of this letter (by February 10, 2022), the balance will be referred to our attorney for collections. Payment must be made by either cashier's check or by wiring funds into our checking account.

If we need to turn this over to collections, we have the right to assess additional service charge fees on this past due amount, collection costs/expenses, and attorney fees.

Your immediate and most serious attention to this matter would be appreciated.


Sincerely,

*Donald Gunn*                                              *Automne Heather*

| | |
|---|---|
| Donald Gunn | Automne Heather, MBA, CCE |
| Corporate Credit Manager | Director of Credit and Promo Acctg. |
| Core-Mark International, Inc. | Eby-Brown |
| 1500 Solana Blvd. Suite 3400 | 1415 W Diehl RD 300N |
| Westlake, TX 76262 | Naperville, Il 60563 |
| (800) 622-1713 Ext 3018 | (630) 536-3756 |

Cc: Holly Veale Core-Mark