IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PERFORMANCE FOOD GROUP, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case: 1:23-cv-03529 |
| VALUED INC. d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC., | ) ) ) ) | Judge Charles Kocoras Magistrate Judge Weisman |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Performance Food Group, Inc. ("Plaintiff") through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1(a)(2), files this rule 7.1 disclosure statement identifying the citizenship of every individual or entity whose citizenship is attributed to Plaintiff. Regarding the foregoing, Plaintiff states as follows:

1. Plaintiff is a business corporation with its principal place of business in Richmond, Virginia.

|  |  |
|---|---|
| | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
| Dated: June 26, 2023 | *s/Kadeem Wolliaston* |
| | KADEEM O. WOLLIASTON (*pro hac vice*) |
| | PETER A. LAURICELLA (*pro hac vice*) |
| | *Attorneys for Plaintiff Performance Food Group, Inc.* |
| | Wilson Elser Moskowitz Edelman & Dicker LLP |
| | 200 Great Oaks Boulevard, Suite 228 |
| | Albany, New York 12203 |
| | (518) 449-8893 (telephone) |
| | Peter.Lauricella@wilsonelser.com |
| | Kadeem.Wolliaston@wilsonelser.com |

MARY LOUISE KANDYBA
*Attorney for Plaintiff*
*Performance Food Group, Inc.*
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
(312) 704-0550 (telephone)
Illinois Bar No. 6180752
ML.Kandyba@wilsonelser.com