# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 1:23-CV-03529

Plaintiff:
**PERFORMANCE FOOD GROUP, INC.,**
vs.
Defendant:
**VALUED INC. d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC.,**

For: Denver
    Wilson Elser Moskowitz Edelman & Dicker LLP

Received by Front Range Legal Process Service, Inc. to be served on **Valued, Inc. dba Floyd's of Leadville, 1101 Popular Street, Leadville, CO 80461.** I, _DeEtte Bryson_, do hereby affirm that on the _9th_ day of _August_, 20_23_ at _4:05_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action; Complaint; Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _Andrea Padilla_ as _Manager_.
( ) POSTING _____.

(X) DESCRIPTION ) Age _41_ Sex _F_ Race _Caucasian_ Height _5'5"_ Weight _160_ Hair _Blond_ Glasses _No_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_DeEtte Bryson_

PROCESS SERVER # _AA_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2023007063
Ref: 08821.00149

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8.2k