# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PERFORMANCE FOOD GROUP, INC., | ) ) |
| Plaintiff, | ) ) ) ) ) v. ) ) ) Case No. 1:23-cv-3529 ) Judge Jeffrey I. Cummings ) |
| VALUED INC. d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC., | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE §41(a)(1)(A)(i)

Now Comes the Plaintiff, PERFORMANCE FOOD GROUP, INC., by and through its attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby gives notice that the above-entitled action is voluntarily dismissed without prejudice against Defendant(s).

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

Dated: November 13, 2023

/s/ *Mary Louise Kandyba*
*Attorney for Plaintiff*
*Performance Food Group, Inc.*
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street
Suite 3800
Chicago, IL 60603
(312) 704-0550 (telephone)
Illinois Bar No. 6180752

ML.Kandyba@wilsonelser.com


KADEEM O. WOLLIASTON
PETER A. LAURICELLA
CHRISTOPHER PRIORE
*Attorneys for Plaintiff*
*Performance Food Group, Inc.*
Wilson Elser Moskowitz Edelman & Dicker LLP
200 Great Oaks Boulevard, Suite 228
Albany, New York 12203
(518) 449-8893 (telephone)
Peter.Lauricella@wilsonelser.com
Kadeem.Wolliaston@wilsonelser.com

## **CERTIFICATE OF SERVICE**

I certify that on the 13th day of November, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ *Mary Louise Kandyba*